**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-mj-00287 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| CHARLES ANTHONY JOHNSON, | : | |
| Defendant. | : | |

---

## BINDOVER ORDER

---

This matter was set for preliminary examination on May 21, 2019.  Defendant appeared with counsel and waived his right to a preliminary examination.  The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.


May 30, 2019                               *s/Sharon L. Ovington*
                                              Sharon L. Ovington
                                         United States Magistrate Judge